KATHERINE E. McCAGG, Appellant, v STATE OF NEW YORK, Respondent

The record supports the factual finding of the Court of Claims that the negligence of the driver of the car which struck the claimant's vehicle was the sole proximate cause of the accident.

In light of our determination, we need not reach the other contentions raised by the claimant. Lazer, J. P., Mangano, Lawrence and Kooper, JJ., concur.